WHEELER *et al.* v. DOLAK *et al.*

No. 1414.   Opinion Filed January 16, 1912.

(120 Pac. 966.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.**   Where plaintiffs in error file no brief, as required by rule 7 of this court (20 Okla viii, 95 Pac. vi), the petition in error will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from District Court, Oklahoma County; Geo. W. Clark, Judge.*

Action by James H. Wheeler and Matilda Foss against John Dolak and Marie Dolak.   Judgment for defendants, and plaintiffs bring error.   Dismissed.

*Shartel, Keaton & Wells,* for plaintiffs in error.

*Jas. R. Lewis* and *Flynn, Ames & Chambers,* for defendants in error.

Opinion by BREWER, C.   The petition in error and transcript of the record in this case was filed in this court February 14, 1910.   The plaintiffs in error have failed to file any brief in the cause, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi.)

The petition in error should therefore be dismissed for want of prosecution.   *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. Witherall, infra,* 119 Pac. 205.

By the Court:   It is so ordered.

All the Justices concur.